THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TAORMINA, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

SAMUEL RIKOON, Respondent, v. K. & F. CONSTRUCTION CO., INC., Defendant. NEW YORK INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

PAULINA SANDFORD, Respondent, v. ROSA N. MURRAY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

JOHN N. SILSBE, Appellant, v. CRIPPLE BUSH REALTY CORPORATION, Respondent, and Others, Defendants.— Order granting defendants' motion for judgment dismissing complaint modified by granting leave to plaintiff to amend the complaint on payment of costs within ten days from entry of order herein. In the event of plaintiff's compliance with this condition, the judgment entered on said order is vacated, without costs. In default of such compliance, the order and judgment are unanimously affirmed, with costs. If the complaint had alleged knowledge on the part of respondent of the relationship between plaintiff and Froelich, and that Froelich was insolvent, or was from any other cause unable to pay a judgment obtained against him, the complaint would have been sufficient. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

THOMAS TERLUK, Respondent, v. McCLINTIC-MARSHALL COMPANY and BRICKEN CONSTRUCTION AND IMPROVEMENT CORPORATION, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

HAROLD L. TURK, as Trustee in Bankruptcy of CONSOLIDATED METAL SPINNING AND STAMPING COMPANY, INC., Appellant, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Respondent.— Order modified, without costs, by adding thereto the following items for the examination of defendant: 4. That on or about the 6th day of April, 1925, while said policy was in full force and effect, a fire occurred at the aforesaid premises, Nos. 249, 251, 253, 255 Varet street, and then and there damaged and destroyed the property of the assured to the extent of $16,166.17. 5. Said assured caused immediate notice of said fire and loss to be given to the defendant, and on or about the 5th day of June, 1925, and within sixty days from the date of said loss, delivered to defendant the proof of loss by said fire; and further, that defendant by its said officer, Edward Ikier, produce at the time of the examination all records, reports, correspondence, papers, documents, maps and books of defendant which relate to or have bearing upon what premises were included within the terms of the policy, and what damages were caused by the fire; and, in addition thereto, they may be shown to the witness to refresh his memory. As so modified, the order is affirmed, without costs. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.